UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BENJAMIN HERMAN BRUCE**                              **CIVIL ACTION**

versus                                                  **NO. 15-1008**

**KEITH DEVILLE**                                       **SECTION: "F" (3)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's "Motion for Summary Judgment," Rec. Doc. 14, is **DENIED**.

**IT IS FURTHER ORDERED** that the petition for federal *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this  21st  day of    October   , 2015.

_____
**UNITED STATES DISTRICT JUDGE**